# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Vincent Koehler ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-46

Rite-Aid Pharmacy and KV Pharmaceutical ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2012 Order.

                                                         Signed: March 15, 2012

                                                         Frank G. Johns, Clerk
                                                         United States District Court